# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| GOGO WAY TRUST,<br>Appellant,<br>vs.<br>NEW YORK COMMUNITY BANK,<br>Respondent. | No. 64410 |
| SHADOW WOOD HOMEOWNERS<br>ASSOCIATION, INC.,<br>Appellant,<br>vs.<br>NEW YORK COMMUNITY BANK,<br>Respondent. | No. 64512 |

**FILED**

FEB 2 5 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER VACATING JUDGMENT AND REMANDING*

These are consolidated appeals from a district court order awarding attorney fees in a real property action. Eighth Judicial District Court, Clark County; Abbi Silver, Judge.

In light of our opinion in *Shadow Wood Homeowners Ass'n, Inc. v. New York Community Bancorp., Inc.*, 132 Nev., Adv. Op. 5, ___ P.3d ___ (2016), wherein we vacated the district court's grant of summary judgment and remanded the matter to the district court for further proceedings, we likewise vacate the district court's order awarding attorney fees and remand these matters to the district court for further proceedings consistent with this order and our opinion in *Shadow Wood*.

It is so ORDERED.

_____, C.J.
Parraguirre

_____, J.          _____, J.
Douglas                                              Cherry

16-06083

cc: Eighth Judicial District Court Dept. 15
Chief Judge, Eighth Judicial District Court
Law Offices of Michael F. Bohn, Ltd.
Aldridge Pite, LLP
Alessi & Koenig, LLC
Tharpe & Howell
Eighth District Court Clerk